NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC KARL McCOY, DOC #051791,                )
                                             )
                Appellant,                   )
                                             )
v.                                           )          Case No. 2D18-1906
                                             )
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
_____)

Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Eric Karl McCoy, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.